COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-09-00229-CR |
| EX PARTE: CHESTER MILLER. | § | |
| | § | Appeal from the |
| | § | County Court at Law No. Two |
| | § | of El Paso County, Texas |
| | § | (TC#20080C06704) |
| | § | |

## MEMORANDUM OPINION

This is an attempted appeal from an order denying habeas corpus relief. We dismiss for want of jurisdiction.

In this case, habeas corpus relief was denied on June 29, 2009. On August 6, 2009, this Court sent notice to Appellant that the notice of appeal was not timely, and absent a response, the appeal would be dismissed. On August 26, 2009, this Court filed Appellant's "Motion for Continuance of Appeal of Habeas Corpus." In order to preserve his right to appeal, Appellant was required to file a notice of appeal on July 29, 2009. *See* TEX. R. APP. P. 26.2(a); 26.2(b); *Ex parte Delgado,* 214 S.W.3d 56, 58 (Tex. App.–El Paso 2006, pet. ref'd). Appellant filed a *pro se* notice of appeal on August 3, 2009. The notice of appeal was untimely. A timely notice of appeal is necessary to invoke this Court's jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Because Appellant's notice of appeal was untimely, we lack jurisdiction over his appeal. Accordingly, we dismiss the appeal. Furthermore, Appellant's "Motion for Continuance of Appeal of Habeas Corpus" is denied as moot.

GUADALUPE RIVERA, Justice

November 18, 2009

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)